IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BARBARA KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:12CV291-HEH |
| AMMADO INTERNET SERVICES, LTD, | ) ) ) |
| Defendant. | ) |

## ORDER
(Motions to Dismiss and for More Definite Statement)

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Improper Venue (ECF No. 5), Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 6), Defendant's Motion for More Definite Statement (ECF No. 7), and Plaintiff's Motion for a More Definite Statement or, in the Alternative, Motion to Dismiss the Counterclaim (ECF No. 17). For the reasons stated in the accompanying Memorandum Opinion, each motion is hereby DENIED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Oct 10, 2012
Richmond, Virginia